## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**CURTIS PITTMAN, ADC #119869**                                           **PLAINTIFF**

**v.**                                  **5:08CV00228 BSM/HLJ**

**KENNY FRAZIER, et al.**                                                 **DEFENDANTS**

### ORDER

On September 25, 2008, the court directed plaintiff Curtis Pittman to file a statement notifying the court that he intended to pursue his case. The court stated that if it did not receive notice by October 27, 2008, the court would dismiss the case. *See* Local Rule 5.5(c)(2) ("If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). To date, Pittman has failed to respond to the court's order.

Accordingly, plaintiff's claims are dismissed without prejudice.

IT IS SO ORDERED this 28th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE