# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CURTIS PITTMAN, ADC #119869**                                                   **PLAINTIFF**

v.                                    **5:08CV00228BSM/HLJ**

**KENNY FRAZIER, et al.**                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of October, 2008.


_____
UNITED STATES DISTRICT JUDGE